UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZAFAR MUZOFIROV, : | |
| : | |
| *Petitioner,* : | |
| : | |
| v. : | Civil Action No.: 2:25-cv-07371 |
| : | |
| JAMAL L. JAMISON, et al. : | |
| : | |
| *Respondents.* : | |

## STIPULATION & ORDER

Petitioner is non-citizen who has been detained by immigration authorities and filed this action for a writ of habeas corpus on December 30, 2025 (Doc. No. 1).

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

Accordingly, it is hereby ORDERED:

The Court will decide the petition on the papers.

1

Dated: January 7, 2026

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ Caitlin Costello
CAITLIN COSTELLO, ESQ.
Palladino, Isbell & Casazza, LLC
1528 Walnut St., Suite 1701
Philadelphia, PA 19102
Phone: (215) 576-9000
Email: caitlin@piclaw.com

*Counsel for Petitioner*

/s/ Isaac J. Jean-Pierre
ISAAC J. JEAN-PIERRE
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: (215) 861-8200
Email: isaac.jean-pierre@usdoj.gov

*Counsel for Respondents*

BY THE COURT

Dated: 1/7/26

_____
KAI N. SCOTT
United States District Court Judge