IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZAFAR MUZOFIROV | : |
| *Plaintiff,* | : |
| v. | : CIVIL NO. 25-7371 |
| JAMAL L. JAMISON et al. | : |
| *Defendants* | : |

## ORDER

**AND NOW,** this **7th** day of **January 2026,** upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the warden of the Federal Detention Center Philadelphia shall, **by January 12, 2026**, **SHOW CAUSE** why the writ of habeas corpus should not be granted. 28 U.S.C. § 2243.

BY THE COURT:

_____
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**